| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 00-10065-02 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 08 CR 555 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Peoria |
|---|---|---|
| Orlando Patrick | NAME OF SENTENCING JUDGE HON. MICHAEL M. MIHM | |
| *RECEIVED JUN 23 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS* | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/14/2005 — TO 09/13/2010 |

| OFFENSE |
|---|
| Conspiracy to Distribute Controlled Substance 21 U.S.C. 841(a)(1) and (b)(1)(A) |

*MAGISTRATE JUDGE SCHENKIER* *JUDGE PALLMEYER*

**FILED JUL 11 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/20/08
Date

HON. MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 11 2008
Effective Date

United States District Judge