

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

July 22, 2008

08cr 555

**FILED**
July 28, 2008
JUL 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: USA V. Orlando Patrick
CASE NO. PEORIA IL: 00-10065

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 7/21/08, enclosed please find certified copies of:

1. Docket Sheet

2. Indictment

3. Judgment and Commitment

4. Financial Ledger / Balance

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
s/ S. Marvel

By: _____
Deputy Clerk

Enclosures
PER/sm

CLOSED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
### CRIMINAL DOCKET FOR CASE #: 1:00-cr-10065-MMM All Defendants
### Internal Use Only

Case title: USA v. Gray, et al

Date Filed: 09/21/2000
Date Terminated: 05/05/2004

---

Assigned to: Judge Michael M. Mihm

**Defendant (1)**

**Kennyatta Gray**
*TERMINATED: 05/05/2004*

represented by **Daniel G O'Day**
CUSACK FLEMING GILFILLAN &
O'DAY
415 Hamilton Blvd
Peoria , IL 61602-1102
309-637-5282
Fax: 309-637-5788
Email: doday@cfgolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark D Skaggs**
HARRY M WILLIAMS &
ASSOCIATES
Suite 100
414 Hamilton
Peoria , IL 61602
(309) 676-7633
Fax: 676-2906
*TERMINATED: 10/18/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Steven A Greenberg**
STEVEN A GREENBERG LTD
Ste 310
820 W Jackson Blvd
Chicago , IL 60607
(312) 879-9500
*LEAD ATTORNEY*

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:  *S. Marvel*
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:  7/22/08

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

In or about 1998 & continuing Dfts did
distribute cocaine, a Schedule II
controlled substance in violation of
21:841(a)(1) and 841(b)(1)(A)/
21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1)

**Disposition**

Dft committed to custody of Bureau of
Prisons for a term of 36 month; 3 years
supervised release; $100.00 special
assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

Assigned to: Judge Michael M. Mihm

**Defendant (2)**

**Orlando Patrick**
*TERMINATED: 05/05/2004*

represented by **Rodney R Nordstrom**
201 W McClure Ave
Peoria , IL 61604
309-685-2326
Fax: 309-685-2328
Email: jurydoctor@sbcglobal.net
*TERMINATED: 10/05/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas J Penn , Jr**
THOMAS J PENN JR LTD
Commerce Bank Bdlg
Ste 300
416 Main St
Peoria , IL 61602

309-674-9332
Fax: 309-674-0401
Email: timpenn@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

In or about 1998 & continuing Dfts did
distribute cocaine, a Schedule II
controlled substance in violation of
21:841(a)(1) and 841(b)(1)(A)/
21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1)

**Disposition**

Dft PATRICK committed to custody of
Bureau of Prisons for a term of 60
months; 5 years supervised release;
$2,000 fine; $100 special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

Assigned to: Judge Michael M. Mihm

**Defendant (3)**

**Blaine Holtke**
*TERMINATED: 05/05/2004*

represented by **Hugh F Toner , III**
1216 SW Adams St
Peoria , IL 61602
309-671-4844
Fax: 309-672-5819
Email: tonerlawoffice@yahoo.com
*TERMINATED: 10/04/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jonathan E Hawley**
FEDERAL PUBLIC DEFENDER

Suite 1500
401 Main St
Peoria , IL 61602
309-999-7756
Email: jonathan_hawley@fd.org
*TERMINATED: 10/03/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Thomas Iben**
321-A Main St
Peoria , IL 61602
309-674-7625
Fax: 309-674-2806
Email: thomasriben@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| In or about 1998 & continuing Dfts did distribute cocaine, a Schedule II controlled substance in violation of 21:841(a)(1) and 841(b)(1)(A)/ 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | Dft committed to custody of Bureau of Prisons for a term of 30 months; 5 years supervised release; $1000.00 fine; $100.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                          represented by **K Tate Chambers**
                                                 US ATTY
                                                 One Technology Plaza
                                                 Suite 400
                                                 211 Fulton St
                                                 Peoria , IL 61602
                                                 309-671-7050
                                                 Fax: 309-671-7259
                                                 Email: tate.chambers@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2000 | 1 | INDICTMENT by USA K Tate Chambers. Counts filed against Kennyatta Gray (1) count(s) 1, Orlando Patrick (2) count(s) 1, Blaine Holtke (3) count(s) 1 (HK, ilcd) (Entered: 09/22/2000) |
| 09/22/2000 | 2 | arrest Warrant issued for Kennyatta Gray by Chief Judge Joe B. McDade (S, ilcd) (Entered: 09/22/2000) |
| 09/22/2000 | 3 | arrest Warrant issued for Blaine Holtke by Chief Judge Joe B. McDade (S, ilcd) (Entered: 09/22/2000) |
| 09/22/2000 | 4 | arrest Warrant issued for Orlando Patrick by Chief Judge Joe B. McDade (S, ilcd) (Entered: 09/22/2000) |
| 09/28/2000 | | MINUTES: before Mag. Judge John A. Gorman. In-court hearing/Initial Appearance set at 1:15 Fri 9/29/00 in person in Peoria. (cc: Parties notified by phone) (S, ilcd) (Entered: 09/28/2000) |
| 09/28/2000 | | DEFENDANT Blaine Holtke arrested (CL, ilcd) (Entered: 10/17/2000) |
| 09/29/2000 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Chambers & Dft Blaine Holtke present in open court for Initial Appearance. Same held 9/29/00. Crt makes inquiries of Dft & appoints FPD Attorney Jonathan E Hawley who is now present to represent Holtke. Govt recommends detention. Case set for Detention hearing on Tuesday, 10/3/00 at 2:30pm; in person before Magistrate Judge Cudmore in Peoria. Dft Blaine Holtke arraigned; not guilty plea entered; case set for hearing on pending motions/ pretrial conference on 11/16/00 at 3:00pm & for jury trial at 8:30 am on 12/4/00 before Judge Mihm. Dft remanded to custody of US Mar. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 09/29/2000) |
| 09/29/2000 | 5 | SCHEDULING ORDER In a Criminal Case by Mag. Judge John A. Gorman re: HOLTKE (cc: all counsel) (HK, ilcd) Modified on 10/02/2000 (Entered: 09/29/2000) |
| 10/02/2000 | | MINUTES: before Chief Judge Joe B. McDade Parties present in open court by AUSA Knauss/Dft ORLANDO PATRICK pro se for Initial Appearance. Dft advised he is before a US District Judge, advised of charges against him, advised of consequences if found guilty and of right to |

| | | |
|---|---|---|
| | | hire counsel or have counsel appointed if he qualifies. Dft advises he intends to hire counsel. Govt requests detention. Order of Temporary Detention entered. Detention hearing / arraignment set Tues., 10/3/00 at 2:30 PM in Peoria before Magistrate Judge Byron G. Cudmore. Dft remanded to custody of the US Marshal. (cc: all counsel/US Mar/Prob) (SH, ilcd) (Entered: 10/02/2000) |
| 10/02/2000 | 6 | ORDER of Temporary Detention of Orlando Patrick pending hearing by Chief Judge Joe B. McDade (cc: all counsel). (SH, ilcd) (Entered: 10/02/2000) |
| 10/03/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Dft Holtke with FPD Davis present in person for ARR/DET hearing. FPD Davis indicates conflict of interest and requests to withdraw as counsel for Dft HOLTKE. Same granted. Court will appoint new counsel, and appoints Atty Hugh Toner to represent Dft HOLTKE. Court sets arraignment/ detention hearing on Wed 10/4/00 at 2:30 in person before Judge Mihm. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 10/03/2000) |
| 10/03/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Dft PATRICK present in person. Dft sworn as to financial ability to hire counsel. Court finds Dft qualifies and appoints Rodney Nordstrom as counsel for Dft. Arraignment/detention hearing set Thurs 10/5/00 at 9:00 a.m in person before Judge Mihm. For Orlando Patrick court appoints Rodney R Nordstrom . (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 10/03/2000) |
| 10/03/2000 | 7 | FINANCIAL AFFIDAVIT of ORLANDO PATRICK by defendant Orlando Patrick (CL, ilcd) (Entered: 10/04/2000) |
| 10/04/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/CJA Atty Toner with Dft HOLTKE present in person and detention hearing not held 10/4/00 . Atty Toner indicates conflict of interest and Court allows atty Toner to withdraw as counsel for Dft HOLTKE. Court directed to obtain new counsel for DFt. Detention hearing reset to 10/5/00 at 9:00 a.m. in person in Peoria. (cc: all counsel/Prob/ USM/Crt Rptr) (CL, ilcd) (Entered: 10/04/2000) |
| 10/04/2000 | 8 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Attorney Rodney Nordstrom for Dft Orlando Patrick (CL, ilcd) (Entered: 10/04/2000) |
| 10/04/2000 | 9 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Hugh Toner for Dft Blaine Holtke (CL, ilcd) (Entered: 10/04/2000) |
| 10/04/2000 | 11 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Thomas Iben & replacing Hugh Toner for HOLTKE (HK, ilcd) (Entered: 10/05/2000) |
| 10/05/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Penn with Dft PATRICK/ Atty Iben with Dft HOLTKE present in person for hearing. Dft Orlando Patrick arraigned; NOT GUILTY plea entered; Attorney Thomas J Penn Jr present . Dft PATRICK request continuance of detention hearing to later on 10/5/00 . Same allowed. Detention hearing |

| | | |
|---|---|---|
| | | continued to 10/5/00 at 4:30p.m. Arraignment held 10/5/00 at 9:00 as to Dft PATRICK . Scheduling order to enter. Atty Iben requests to defer the issue of detention as to Dft HOLTKE. Same allowed. Dft HOLTKE to bring any further consideration as to theissue of bond/detention to the attention of the Court, if appropriate. Order of dentention to issue as to Dft HOLTKE. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 10/05/2000) |
| 10/05/2000 | 10 | ORDER of Detention of Blaine Holtke pending trial by Judge Michael M. Mihm (cc: all counsel). (CL, ilcd) (Entered: 10/05/2000) |
| 10/05/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Penn with Dft PATRICK present in person for detention /arraignment hearing . Detention/arraignment hearing held 10/5/00 at 9:00 a.m. Dft Orlando Patrick arraigned; NOT GUILTY plea entered; Attorney present; Pending motions/pretrial conference set 11/16/00 at 3:00; jury trial set 12/4/00 at 8:30 before Judge Michael M. Mihm. Evidence by parties re: detention. Arguments by counsel. Court orders Orlando Patrick detained pending trial . Order to enter. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 10/06/2000) |
| 10/05/2000 | 13 | SCHEDULING ORDER by Judge Michael M. Mihm (cc: all counsel) (CL, ilcd) (Entered: 10/06/2000) |
| 10/05/2000 | 14 | ORDER of Detention of Orlando Patrick pending trial by Judge Michael M. Mihm (cc: all counsel/Prob/USM). (CL, ilcd) (Entered: 10/06/2000) |
| 10/06/2000 | | MINUTES: before Mag. Judge John A. Gorman. Case set for initial appearance/ arraignment/detention hearing at 3:30 on Tuesday, 10/10/00 for dft KENNYATTA GRAY. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 10/06/2000) |
| 10/06/2000 | | MINUTES: before Mag. Judge John A. Gorman. Case set for bond hearing re: BLAINE HOLTKE set on Tuesday, 10/10/00 at 3:30pm; in person. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 10/06/2000) |
| 10/06/2000 | | DEFENDANT Orlando Patrick arrested (CL, ilcd) (Entered: 10/19/2000) |
| 10/10/2000 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers/Atty (cja) Iben with dft Holtke (03) present for bond hearing at 3:30 on Tuesday, 10/10/00 - same held. Evidence by dft regarding third party custody. $10,000 (OR) Bond set for Blaine Holtke with special conditions. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 15 | APPEARANCE BOND ($10,000 (OR)) by Blaine Holtke (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 16 | ORDER by Mag. Judge John A. Gorman setting conditions of release for Blaine Holtke (03) (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers, dft Kennyatta Gray present without counsel for initial appearance at 3:30 on Tuesday, 10/10/00. Dft executed a financial affidavit - same filed in open court. Dft questioned and court appoints Atty |

| | | |
|---|---|---|
| | | (cja) Mark Skaggs. First appearance of Kennyatta Gray Attorney Mark D Skaggs present. Dft acknowledges receipt of copy of indictment and waives having same read in open court along with penalties. Dft Kennyatta Gray arraigned; NOT GUILTY plea entered. Case set for pending motions/pretrial conference at 3:00 on 11/16/00 and jury trial at 8:30 on 12/4/00 both in person in Peoria before Judge Mihm (Courtroom A). Scheduling order to enter. Government recommends detention. Case set for detention hearing at 1:00 on Thursday, 10/12/00 for dft Gray (01) before Magistrate Judge Gorman (Courtroom C). Order of temporary detention to enter for dft Gray (01). Section four to be provided to counsel from USPO. Dft remanded to custody of USM. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 17 | CJA Form 23 (Financial Affidavit) as to Kennyatta Gray (01) (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 18 | SCHEDULING ORDER by Mag. Judge John A. Gorman for dft Gray (01). (cc: all counsel/prob/USM Peo/Crt Rptr) (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 19 | TEMPORARY ORDER of Detention of Kennyatta Gray pending hearing by Mag. Judge John A. Gorman (cc: all counsel). (KB, ilcd) (Entered: 10/11/2000) |
| 10/10/2000 | 20 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Mark Skaggs for K. Gray (HK, ilcd) (Entered: 10/12/2000) |
| 10/10/2000 | | DEFENDANT Kennyatta Gray arrested (CL, ilcd) (Entered: 10/19/2000) |
| 10/12/2000 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court by AUSA Chambers, Atty Mark Skaggs (cja) with dft Kennyatta Gray (01) (in custody) for a detention hearing at 1:00 on Thursday, 10/12/00. Parties request a continuance - same granted. Case reset for detention at 9:00 on Wednesday, 10/18/00 in person in Peoria before Judge Mihm. Dft Gray remanded to custody of USM. (cc: all counsel/Prob/USM Peo/Crt Rptr) (KB, ilcd) Modified on 10/12/2000 (Entered: 10/12/2000) |
| 10/16/2000 | 21 | ARREST Warrant returned executed as to Blaine Holtke 9/28/00 (CL, ilcd) (Entered: 10/17/2000) |
| 10/17/2000 | 22 | APPEARANCE of Attorney for Kennyatta Gray by Steven A Greenberg (CL, ilcd) (Entered: 10/17/2000) |
| 10/17/2000 | 23 | MOTION to continue detention hearing by Kennyatta Gray (CL, ilcd) (Entered: 10/17/2000) |
| 10/18/2000 | | MINUTES: before Judge Michael M. Mihm. Dft GRAY present in person/ AUSA Chambers/Attys Skaggs/Greenberg present by phone and status hearing held. Court is granting motion to continue detention hearing [23-1]. Detention hearing is reset to 10/26/00 at 4:00 p.m. in person. Court is allowing Atty Skaggs to withdraw as court appointed counsel as Atty Greenberg has been retained to represent Dft Gray. Court withdrawing attorney Mark D Skaggs for Kennyatta Gray . (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 10/19/2000) |

| 10/19/2000 | 24 | ARREST Warrant returned executed as to Orlando Patrick 10/6/00 (CL, ilcd) (Entered: 10/19/2000) |
| 10/19/2000 | 25 | ARREST Warrant returned executed as to Kennyatta Gray 10/10/00 (CL, ilcd) (Entered: 10/19/2000) |
| 10/20/2000 | 26 | NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS by plaintiff USA as to Dft Kennyatta Gray (CL, ilcd) (Entered: 10/23/2000) |
| 10/26/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Greenburg with Dft GRAY present in person and detention hearing held 10/26/00 . Govt withdraws request for detention. Dft ordered released and $50,000 O/R Bond set for Kennyatta Gray with third party custody, home detention and other special conditions. Dft ordered released upon processing by USM . (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 10/27/2000) |
| 10/26/2000 | 27 | APPEARANCE BOND ( $50,000 O/R) by Kennyatta Gray (CL, ilcd) (Entered: 10/27/2000) |
| 10/31/2000 | 29 | MOTION to produce exculpatory material by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 30 | MOTION for disclosure of promises to an accomplice witness, unindicted co-defendant or others for forbearance from prosecution, indulgence, reduction of sentence, mitigation or immunity by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 31 | MOTION for early disclosure of Jencks Act Material and incorporated memorandum of law by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 32 | MOTION to produce law enforcement interview reports and notes by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 33 | MOTION AND MEMO for disclosure of informants by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 34 | MOTION for order to interview Govt informants prior to trial and memorandum of law in support thereof by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 35 | MOTION for order to require notice of intention of the use of statements by co-conspirators by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 36 | MOTION for order regarding admissibility of co-conspirator declarations by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 37 | MOTION for disclosure of criminal records of co-defendants and government witnesses by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 38 | MOTION for disclosure of impeaching information by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 39 | MOTION for order to require notice of intention of th euse of other crimes, wrongs, or acts in evidence by Blaine Holtke (CL, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 10/31/2000 |
| 10/31/2000 | 40 | MOTION for order for Rule 12(d)(2) designation by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 41 | MOTION for disclosure and production of electronic surveillance by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 42 | MOTION for order to discover use of electronic devices by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 43 | MOTION to sever by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 44 | MOTION for witness list by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 45 | MOTION to inspect grand jury minutes by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 46 | MOTION to adopt motions and memoranda of co-defendants by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 47 | MOTION for leave to file additional pre-trial motions by Blaine Holtke (CL, ilcd) (Entered: 10/31/2000) |
| 10/31/2000 | 48 | CERTIFICATE by defendant Blaine Holtke of service (CL, ilcd) (Entered: 10/31/2000) |
| 11/14/2000 | 49 | MOTION to adopt co-defendant's motions by Kennyatta Gray (SH, ilcd) (Entered: 11/14/2000) |
| 11/16/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Knauss/Atty Greenberg with Dft GRAY/Atty Penn with Dft PATRICK present in person and pending motions/ pretrial conference held 11/16/00 . Dfts request continuance. Same granted. As to Dfts GRAY AND PATRICK, jury trial is reset to Tues 1/16/01 at 8:30 a.m. As to Dft HOLTKE, pending motions/ pretrial conference is reset to Fri 12/1/00 at 2:45 p.m. in person in Peoria. Jury trial set 12/4/00 is canceled as to Dfts Gray and Patrick only . Jury trial remains set 12/4/00 as to Dft Holtke only. Court finds it to be in the interest of justice to continue this trial as to Dft Gray and Patrick and further finds that the time is excludable pursuant to Speedy Trial Act. (only as to Gray and Patrick) (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) Modified on 11/30/2001 (Entered: 11/17/2000) |
| 12/01/2000 | | MINUTES: before Judge Michael M. Mihm. AUSA Knauss, Atty Iben present in open court with Blaine Holtke for Pending Motions/ Pretrial conference. Same not held 12/1/00. Case is set for change of plea on Wednesday, 1/3/01 at 9:00. Jury trial set 12/4/00 is VACATED. Time between today 1/3/01 is excludable to meet the ends of justice. Dft remains on bond. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 12/04/2000) |
| 01/03/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Iben w/Dft Holtke present in person and change of plea held 1/3/01 . Written |

| | | plea agreement filed in open court. Blaine Holtke enters guilty plea to Count 1 . Court accepts plea and JUDGMENT OF CONVICTION IS ENTERED. Sentencing hearing set Thurs 4/12/01 at 1:00 p.m. in person . Dft is withdrawing motion for leave to file additional pre-trial motions [47-1], withdrawing motion to adopt motions and memoranda of co-defendants [46-1], withdrawing motion to inspect grand jury minutes [45-1], withdrawing motion for witness list [44-1], withdrawing motion to sever [43-1], withdrawing motion for order to discover use of electronic devices [42-1], withdrawing motion for disclosure and production of electronic surveillance [41-1], withdrawing motion for for Rule 12(d)(2) designation [40-1], withdrawing motion order to require notice of intention of the use of other crimes, wrongs, or acts in evidence [39-1], withdrawing motion for disclosure of impeaching information [38-1], withdrawing motion for disclosure of criminal records [37-1], withdrawing motion for order regarding of co-conspirator declarations [36-1], withdrawing motion for order to require notice of intention of the use of statements by co-conspirators [35-1], withdrawing motion order to interview Govt informants prior to trial [34-1], withdrawing motion for disclosure of informants [33-1], withdrawing motion to produce law enforcement interview reports and notes [32-1], withdrawing motion for early disclosure of Jencks Act Material [31-1], withdrawing motion for disclosure of promises to an accomplice witness, [30-1], withdrawing motion to produce exculpatory material [29-1]. Ordered that existing bond remain in full force and effect. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 01/03/2001) |
|---|---|---|
| 01/03/2001 | 50 | PLEA Agreement as to Blaine Holtke (cc: AUSA/Prob) (CL, ilcd) (Entered: 01/03/2001) |
| 01/10/2001 | | MINUTES: before Judge Michael M. Mihm. Pursuant to request (by telephone) re: parties GRAY & PATRICK, the jury trial previously set 1/16/01 is canceled and jury trial is RESET to 3/12/01 at 8:30 a.m. with a change of plea set Fri 3/2/01 at 9:00 a.m. in person in Peoria. A status hearing re: motions to continue (yet to be filed) is set Thur 1/18/01 at 8:45 in person in Peoria. Dft Gray and Atty Greenberg may appear by phone for this hearing. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 01/10/2001) |
| 01/10/2001 | 51 | MOTION to continue trial by Orlando Patrick (CL, ilcd) (Entered: 01/10/2001) |
| 01/18/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Greenberg with Dft GRAY/ Atty Penn with Dft ORLANDO present in person and status hearing held 1/18/01 . Dfts Gray and Orlando remain set for change of plea on 3/2/01 at 9:00 and for jury trial on 3/12/01 at 8:30. Court finds it to be in the interest of justice to continue this case and further finds the time from today to 3/12/01 is excludable pursuant to Speedy Trial Act . (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) Modified on 09/06/2001 (Entered: 01/19/2001) |
| 01/26/2001 | 28 | ORDER by Judge Michael M. Mihm setting conditions of release for Kennyatta Gray (CL, ilcd) Modified on 04/17/2001 (Entered: 10/27/2000) |

| 02/20/2001 | 52 | PETITION by AUSA Chambers as to defendant Kennyatta Gray for action on conditions of pretrial release (HK, ilcd) (Entered: 02/21/2001) |
| 02/20/2001 | | ENDORSED Order on Petition for Action on Conditions of Pretrial Release by Judge Michael M. Mihm. Let summons issue. (cc: all counsel) (HK, ilcd) (Entered: 02/21/2001) |
| 02/20/2001 | 53 | SUMMONS issued as to Kennyatta Gray; Violation of Pretrial Release Hearing set for 9:00am on Friday, 3/2/01 for Kennyatta Gray before Judge Mihm (HK, ilcd) (Entered: 02/21/2001) |
| 03/01/2001 | 54 | SUMMONS executed upon Kennyatta Gray on 2/23/01 (petition re: violation of conditions of pretrial release) (CL, ilcd) (Entered: 03/01/2001) |
| 03/02/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Greenbert with Dft GRAY present in person for preliminary exam on 3/2/01 . Written plea agreement filed in open court. Change of plea held 3/2/01 . Kennyatta Gray enters guilty plea . Court accepts plea and JUDGMENT OF CONVICTION IS ENTERED. Jury trial of 3/12/01 canceled as to Dft GRAY. Sentencing hearing set Friday 7/13/01 at 10:00 a.m. in person in Peoria. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) Modified on 03/02/2001 (Entered: 03/02/2001) |
| 03/02/2001 | 55 | ORDER ON IMPLEMENTATIONOF SENTENCING GUIDELINES by Judge Michael M. Mihm (cc: AUSA/Atty Greenburg) (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | 56 | PLEA Agreement as to Kennyatta Gray (cc: AUSA/Prob) (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Penn with Dft PATRICK present in person for change of plea. Change of plea not held 3/2/01 . Dft requests continuance. Same granted. Change of plea reset 3/7/01 at 4:00 p.m. in person. Dft requests release on bond. (In camera hearing held). Request granted. Court orders $100,000 O/R Bond set for Orlando Patrick . Dft to be released upon processing. (cc: all counsel/Prob/USM/ Crt Rptr) (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | | MINUTES: before Judge Michael M. Mihm as to Dft HOLTKE. Sentencing hearing previously set 4/12/01 is cancelled and sentencing hearing is reset 7/13/01 at 10:00 a.m. in person in Peoria. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | 57 | APPEARANCE BOND ( $100,000 O/R) by Orlando Patrick (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | 58 | ORDER by Judge Michael M. Mihm setting conditions of release for Orlando Patrick (CL, ilcd) (Entered: 03/02/2001) |
| 03/02/2001 | 59 | RECEIPT for US Passport as to defendant Orlando Patrick (surrendered to US Clerk, NDIL) (CL, ilcd) (Entered: 03/02/2001) |
| 03/05/2001 | 60 | PETITION/POSITION by: AUSA as to defendant Kennyatta Gray regarding Action On Conditions of Pretrial Release (KB, ilcd) (Entered: |

| | | 03/05/2001 |
|---|---|---|
| 03/05/2001 | 60 | ORDER by Judge Michael M. Mihm. Prayer of Petition allowed. Let warrant issue. (cc: all counsel/USM Peo/Prob) (KB, ilcd) Modified on 03/05/2001 (Entered: 03/05/2001) |
| 03/05/2001 | 61 | Arrest Warrant issued for Kennyatta Gray by Judge Michael M. Mihm re: Petition for action on violation of conditions of pretrial release (KB, ilcd) (Entered: 03/05/2001) |
| 03/07/2001 | | MINUTES: before Mag. Judge John A. Gorman. Case set for initial appearance on violation of pretrial release at 11:00 on Friday, 3/16/01 in person in Peoria (Courtroom C) re: dft Kennyatta Gray. (cc: all counsel/Prob/USM Peo) (KB, ilcd) (Entered: 03/07/2001) |
| 03/07/2001 | 62 | PLEA Agreement & Stipulation of Facts as to Orlando Patrick (HK, ilcd) (Entered: 03/08/2001) |
| 03/07/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Murphy & Atty Penn present in open court with Orlando Patrick for Change of Plea. Same held 3/7/01. Orlando Patrick enters guilty plea to Count 1, subject to agreement. Court accepts plea & judgment of conviction entered. Court neither accepts nor rejects plea agreement & matter referred to US PO for PSR. Decision on Agreement & Possible Sentencing set on 7/13/01 at 2:00pm; in person. Dft remains on bond. (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 03/08/2001) |
| 03/16/2001 | 63 | APPEARANCE of Attorney Daniel O'Day for Kennyatta Gray (HK, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | 64 | ORDER of Detention of Kennyatta Gray pending hearing pursuant to Bail Reform Act by Mag. Judge John A. Gorman (cc: all counsel). (HK, ilcd) (Entered: 03/16/2001) |
| 03/16/2001 | | MINUTES: before Mag. Judge John A. Gorman. AUSA Chambers & Atty O'Day for Greenberg present in open court with KENNYATTA GRAY for bond/in-court hearing. Same held 3/16/01. Dft denies allegations of petition. Govt seeks detention. Evidence presented by Pla. Pla rests. No evidence by Dft. Arguments by parties. Court finds probable cause & case is set for Detention/bond hearing on Wednesday, 3/21/01 at 9:30am; in person. Court orders detention as to Kennyatta Gray. (cc:all counsel/US Mar/Prob) (HK, ilcd) (Entered: 03/16/2001) |
| 03/19/2001 | 65 | TRANSCRIPT of Proceedings held 3/2/01 before Michael M. Mihm re:Kennyatta Gray & Orlando Patrick (HK, ilcd) (Entered: 03/19/2001) |
| 03/19/2001 | 67 | Arrest Warrant returned executed as to Kennyatta Gray 3/5/01 (CL, ilcd) (Entered: 03/20/2001) |
| 03/19/2001 | | DEFENDANT Kennyatta Gray arrested (CL, ilcd) (Entered: 03/20/2001) |
| 03/20/2001 | 66 | SUPPLEMENTAL PETITION by: AUSA as to defendant Kennyatta Gray regarding action on conditions of release with order entered endorsed. Ordered that prayer be allowed and that defendant be brought before the |

| | | |
|---|---|---|
| | | Court to show cause why his bond should not be revoked. (CL, ilcd) (Entered: 03/20/2001) |
| 03/20/2001 | | MINUTES: before Judge Michael M. Mihm. Bond hearing previously set 3/21/01 is canceled and bond hearing is RESET to Mond 3/26/01 at 2:00 p.m. in person in Peoria. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) (Entered: 03/21/2001) |
| 03/23/2001 | 68 | (FAX COPY)LETTER dated 3/23/01 from Atty Steven Greenberg re: appearing on 3/26/01 by defendant Kennyatta Gray (RK, ilcd) Modified on 03/26/2001 (Entered: 03/26/2001) |
| 03/26/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Greenberg with Dft GRAY present in person and bond hearing held 3/26/01 . Evidence by Govt. Govt rests. No evidence by Dft. Arguments by counsel. Court finds that Dft did violate conditions of release and bond is ORDERED REVOKED. Dft remanded to custody of USM. (cc: all counsel/Prob/USM/Crt Rtpr) (CL, ilcd) (Entered: 03/27/2001) |
| 03/26/2001 | 69 | ORDER of Detention of Kennyatta Gray pending sentencing by Judge Michael M. Mihm pursuant to revocation of bond. (cc: all counsel) (CL, ilcd) Modified on 03/28/2001 (Entered: 03/28/2001) |
| 03/26/2001 | 70 | Clerk's EXHIBIT LIST with sentencing exhibits attached and stored in file (CL, ilcd) (Entered: 03/28/2001) |
| 03/26/2001 | 71 | COURT'S EXHIBIT(S) as to defendant Kennyatta Gray (being tape recording from bond hearing held in NDIL) Stored in file (CL, ilcd) Modified on 03/28/2001 (Entered: 03/28/2001) |
| 06/25/2001 | | MINUTES: before Judge Michael M. Mihm. Sentencing hearing AS TO ALL DEFENDANTS, previously set 7/13/01 is canceled and sentencing hearing is reset to Tues 7/24/01 at 1:00 p.m. in person in Peoria. (cc: all counsel/Prob/ USM/Crt Rptr) (CL, ilcd) Modified on 07/09/2001 (Entered: 06/26/2001) |
| 07/05/2001 | 72 | MOTION for order for service by Blaine Holtke (CL, ilcd) (Entered: 07/06/2001) |
| 07/06/2001 | 73 | ORDER by Judge Michael M. Mihm granting motion for order for service [72-1]. Ordered that USM shall serve the subpoena on Lovilia Burton. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 07/09/2001) |
| 07/06/2001 | 74 | SUBPOENA by defendant Blaine Holtke issued to Lovilia Burton for hearing on 7/24/01 at 1:00 (Orig & 2 cc's to USM/ cc: all cousel) (CL, ilcd) (Entered: 07/09/2001) |
| 07/12/2001 | 75 | MOTION to continue sentencing by USA as to Kennyatta Gray, Orlando Patrick, Blaine Holtke (KB, ilcd) (Entered: 07/13/2001) |
| 07/16/2001 | | MINUTES: before Judge Michael M. Mihm granting government motion to continue sentencing [75-1]. Gray, Patrick & Holtke's sentencing hearing set 7/24/01 is canceled & reset to Friday, 9/7/01 at 10:00am; in person, in Peoria (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 07/16/2001) |
| 07/17/2001 | 76 | RETURN OF SERVICE (subpoena) executed on 7/16/01 on Lovilia Burton as to Dft Holtke (CL, ilcd) (Entered: 07/17/2001) |
| 08/03/2001 | 77 | MOTION to continue sentencing hearing by Orlando Patrick (CL, ilcd) (Entered: 08/03/2001) |
| 08/06/2001 | 78 | MOTION for order for Dft to travel outside the State of IL from 8/12/01 to 8/22/01 by Blaine Holtke (HK, ilcd) (Entered: 08/07/2001) |
| 08/07/2001 | | MINUTES: before Judge Michael M. Mihm granting motion for order for Dft BLAINE HOLTKE to travel outside the State of IL from 8/12/01 to 8/22/01 [78-1]. (cc: all counsel/Prob/ USM) (CL, ilcd) (Entered: 08/08/2001) |
| 08/08/2001 | | MINUTES: before Judge Michael M. Mihm. Court is granting Dft PATRICK'S motion to continue sentencing hearing [77-1]. Sentencing hearing as to DFT PATRICK ONLY is reset to Fri 9/14/01 at 2:00 p.m. in person in Peoria. Dft Gray's and Dft Holtke's sentencing hearing remains as currently scheduled on Fri 9/7/01 at 10:00 a.m. (cc: all counsel/ Prob/USM/ Crt Rptr) (CL, ilcd) (Entered: 08/09/2001) |
| 08/31/2001 | 79 | MOTION for leave to add an objection and to seek departure for extraordinary post-arrest rehabilitation by Blaine Holtke (HK, ilcd) (Entered: 08/31/2001) |
| 09/07/2001 | | MINUTES: before Judge Michael M. Mihm as to Dft B. HOLTKE. AUSA Knauss/Atty T. Iben with Dft Holtke present in person and sentencing hearing held 9/7/01 with Court sentencing Blaine Holtke (3) on count(s) 1 as follows: Dft committed to custody of Bureau of Prisons for a term of 30 months; 5 years supervised release; $1000.00 fine; $100.00 special assessment . Dft advised of right to appeal. Dft released with directions to voluntarily surrender on 10/1/01 to designated "Boot Camp Facility". (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 09/07/2001) |
| 09/07/2001 | 80 | PRESENTENCE Report on Blaine Holtke ( copy sealed ) (CL, ilcd) (Entered: 09/07/2001) |
| 09/07/2001 | 81 | SENTENCING recommendation (copy sealed) as to defendant Blaine Holtke (CL, ilcd) (Entered: 09/07/2001) |
| 09/07/2001 | 82 | STATEMENT of Reason for Imposing Sentence (Sealed) by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/07/2001) |
| 09/07/2001 | | MINUTES: before Judge Michael M. Mihm as to Dft HOLTKE. Pursuant to information from Bureau of Prisons and upon information provided to Court by US Probation Office, the Court orders the voluntary surrender date be changed to October 9, 2001. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 09/07/2001) |
| 09/07/2001 | 83 | LETTER by defendant Blaine Holtke submitted in mitigation at sentencing hearing held on 9/7/01 (CL, ilcd) (Entered: 09/10/2001) |
| | | |

| 09/07/2001 | 84 | LETTERS by defendant Kennyatta Gray submitted at sentencing held on 9/7/01 in mitigation (CL, ilcd) (Entered: 09/10/2001) |
| 09/07/2001 | | MINUTES: before Judge Michael M. Mihm as to Dft KENNYATTA GRAY. AUSA Knauss/Atty Greenburg with Dft Gray present in person and sentencing hearing held 9/7/01 with Court sentencing Kennyatta Gray (1) on count 1 as follows: Dft committed to custody of Bureau of Prisons for a term of 36 month; 3 years supervised release; $100.00 special assessment ; no fine. Dft advised of right to appeal and remanded to custody of USM. (cc: all counsel/Prob/USM/Crt Rptr) (CL, ilcd) Modified on 09/10/2001 (Entered: 09/10/2001) |
| 09/07/2001 | 85 | PRESENTENCE Report on Kennyatta Gray ( copy sealed ) (CL, ilcd) (Entered: 09/10/2001) |
| 09/07/2001 | 86 | SENTENCING recommendation (copy sealed) as to defendant Kennyatta Gray (CL, ilcd) (Entered: 09/10/2001) |
| 09/07/2001 | 87 | STATEMENT of Reason for Imposing Sentence (Sealed) by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/10/2001) |
| 09/10/2001 | 88 | JUDGMENT and Commitment Order as to defendant Blaine Holtke by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/10/2001) |
| 09/10/2001 | 89 | JUDGMENT and Commitment Order as to defendant Kennyatta Gray by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/10/2001) |
| 09/14/2001 | | MINUTES: before Judge Michael M. Mihm sentencing hearing set 9/14/91 is canceled & reset to Monday 9/17/01 at 2:30pm for Orlando Patrick (cc: all counsel/US Mar/Prob/Crt Rptr) (HK, ilcd) (Entered: 09/14/2001) |
| 09/17/2001 | | MINUTES: before Judge Michael M. Mihm. AUSA Chambers/Atty Penn with Dft PATRICK present in person and sentencing hearing held 9/17/01 sentencing Orlando Patrick (2) count(s) 1 as follows: Dft PATRICK committed to custody of Bureau of Prisons for a term of 60 months; 5 years supervised release $2,000 fine; $100 special assessment , due immediately. Dft advised of right to appeal. Case terminated . (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 09/17/2001) |
| 09/17/2001 | 90 | LETTERS IN MITIGATION by defendant Orlando Patrick (CL, ilcd) (Entered: 09/18/2001) |
| 09/17/2001 | 91 | PRESENTENCE Report on Orlando Patrick ( copy sealed ) (CL, ilcd) (Entered: 09/18/2001) |
| 09/17/2001 | 92 | SENTENCING recommendation (copy sealed) as to defendant Orlando Patrick (CL, ilcd) (Entered: 09/18/2001) |
| 09/17/2001 | 93 | STATEMENT of Reason for Imposing Sentence (Sealed) by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/18/2001) |
| 09/17/2001 | 94 | SEALED document by defendant Orlando Patrick (letters in mitigation submitted at sentencing hearing held 9/17/01). ORDRED sealed in open court. (CL, ilcd) Additional attachment(s) added on 4/16/2007 (HK, ilcd). |

|  |  | (Entered: 09/18/2001) |
|---|---|---|
| 09/24/2001 | 95 | JUDGMENT and Commitment Order as to defendant Orlando Patrick by Judge Michael M. Mihm (CL, ilcd) (Entered: 09/24/2001) |
| 09/27/2001 | 96 | MOTION for order to travel through Texas to visit girlfriend before voluntary surrender by Blaine Holtke (CL, ilcd) (Entered: 09/28/2001) |
| 10/02/2001 |  | MINUTES: before Judge Michael M. Mihm. Defendant HOLTKE'S motion for order to travel through Texas to visit his girlfriend before voluntary surrender [96-1] is GRANTED. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 10/02/2001) |
| 10/02/2001 | 97 | ORDER by Judge Michael M. Mihm. Dft ORLANDO PATRICK'S voluntary surrender date is hereby changed from Monday, Oct 8, 2001 to Tuesday, Oct 9, 2001. (cc: all counsel/Prob/USM) (CL, ilcd) (Entered: 10/03/2001) |
| 10/09/2001 | 98 | JUDGMENT and Commitment returned executed 10/1/01 as to Kennyatta Gray (1) count(s) 1 . Dft delivered to FCI, Oxford, Wisconsin (CL, ilcd) (Entered: 10/09/2001) |
| 10/10/2001 | 99 | RECEIPT for #85, 86, and 87 as to defendant Kennyatta Gray returned to US Probation office (WW, ilcd) (Entered: 10/11/2001) |
| 10/10/2001 | 100 | RECEIPT for #80, 81 and 82 as to defendant Blaine Holtke returned to US Probation office (WW, ilcd) (Entered: 10/11/2001) |
| 10/15/2001 | 101 | JUDGMENT and Commitment returned executed 10/9/01 as to , Blaine Holtke to Lompoc, CA (HK, ilcd) (Entered: 10/15/2001) |
| 10/15/2001 | 102 | JUDGMENT and Commitment returned executed 10/9/01 as to , Orlando Patrick to FCI, Marion, IL (HK, ilcd) (Entered: 10/15/2001) |
| 11/02/2001 | 103 | RECEIPT for #91, 92 and 93 as to defendant Orlando Patrick returned to US Probation (WW, ilcd) (Entered: 11/05/2001) |
| 11/07/2001 | 104 | LETTER by defendant Kennyatta Gray regarding presentence report (cc to counsel/Prob by Clerk) (SH, ilcd) (Entered: 11/13/2001) |
| 02/21/2002 | 105 | MOTION for return of passport to Department of State by USA as to Orlando Patrick (CL, ilcd) Modified on 02/21/2002 (Entered: 02/21/2002) |
| 02/25/2002 | 106 | ORDER by Judge Michael M. Mihm granting motion for return of passport to Department of State [105-1]. Clerk directed to return Dft ORLANDO PATRICK'S passport, with copy of J& C to Office of Passport Policy and Advisory Services, US Dept of State, 1111 - 19th Street N.W., Room 260, Washington, DC 20524. (cc: all counsel/finance Dept) (CL, ilcd) Modified on 02/26/2002 (Entered: 02/26/2002) |
| 03/01/2004 | 107 | TRANSFER OF JURISDICTION as to defendant Kennyatta Gray to NDIL (cc: Indictment/J & C/docket sheet/financial records to Clerk, NDIL) (CL, ilcd) (Entered: 03/02/2004) |
| 03/10/2004 | 108 | RECEIPT for transfer record as to defendant Kennyatta Gray by NDIL (CL, |

| | | |
|---|---|---|
| | | ilcd) (Entered: 03/11/2004) |
| 04/20/2004 | 109 | Release & SATISFACTION of monetary judgment fine/restitution as to defendant Blaine Holtke (HK, ilcd) (Entered: 04/20/2004) |
| 11/21/2006 | 110 | REPORT AND ORDER Terminating Supervision as to Blaine Holtke. Entered by Judge Michael M. Mihm on 11/21/06. (cc: conventional filer) (SM, ilcd) (Entered: 11/22/2006) |
| 08/30/2007 | 111 | SATISFACTION OF JUDGMENT by USA as to Orlando Patrick *($2,000 Fine & $100 Assessmenet Paid in Full)* (Collins, Elizabeth) (Entered: 08/30/2007) |
| 07/21/2008 | 112 | Probation Jurisdiction Transferred to NDIL as to Orlando Patrick Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (SM, ilcd) (Entered: 07/22/2008) |

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**

### AT PEORIA

SEP 2 1 2008

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. OO· IOO 35LS |
| ) | |
| KENNYATTA GRAY, ) | VIO:  21 U.S.C. §§846 and |
| ORLANDO PATRICK, and ) | 841(b)(1)(A) |
| BLAINE HOLTKE, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1
### (Conspiracy)

1.     Beginning in or about 1998, and continuing to the present, in the Central

District of Illinois and elsewhere,

### KENNYATTA GRAY,

### ORLANDO PATRICK, and

### BLAINE HOLTKE,

the defendants herein, did knowingly conspire, confederate, and agree with each other and

with other persons whose names are known and with persons whose names are unknown to the

Grand Jury, to commit certain acts in violation of the laws of the United States, to wit:  to

knowingly distribute cocaine, a Schedule II controlled substance in violation of Title 21,

United States Code, §§841(a)(1) and 841(b)(1)(A).

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:
_S. Harvel_
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:_ 7/22/08_



## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objectives of distributing cocaine the defendants and other persons whose names are known and with persons whose names are unknown to the Grand Jury, did commit overt acts, including but not limited to the following:

A.   During the period of the conspiracy, various persons would obtain cocaine;

B.   During the period of the conspiracy, various persons would transport the cocaine from locations outside of the Central District of Illinois into the Central District of Illinois;

C.   During the period of the conspiracy, various persons would weigh and repackage the cocaine;

D.   During the period of the conspiracy, various persons would distribute the cocaine;

E.   During the period of the conspiracy, various persons would collect money from the sale of the cocaine;

F.   During the period of the conspiracy, various persons possessed drug paraphernalia used in the drug trafficking business, including but not limited to scales, cutting agents, and packaging material;

G..   During the period of the conspiracy, various persons stored cocaine;

H.   During the period of the conspiracy, various persons met to arrange the distribution of cocaine, to distribute cocaine, and to receive money from the sale of cocaine.

I.   During the period of the conspiracy, various persons possessed United States currency for use in the drug trafficking operation;

J.   This conspiracy involved more than five kilograms of cocaine;

K.    During the period of the conspiracy, various persons rented motel rooms for use in the drug trafficking operation;

L.    During the period of the conspiracy, various persons used telephones to conduct the drug trafficking operation;

M.    During the period of the conspiracy, various persons used the Western Union wire transfer system to transfer money to facilitate the drug trafficking operation;

N.    During the period of the conspiracy, various persons used the interstate railroad system to travel to facilitate the drug trafficking operation; and

All in violation of Title 21, United States Code, §§846 and 841(b)(1)(A).

FRANCES C. HULIN
UNITED STATES ATTORNEY

KTC*ksr

3

AO 245B8  (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |

**ORLANDO PATRICK**

Case Number: 00-10065-02

**FILED**

Thomas J Penn Jr

Defendant's Attorney

## THE DEFENDANT:

SEP 2 4 2001

[x] pleaded guilty to count(s) one (1)

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841(b)(1)(A) | Conspiracy to Distribute Cocaine | 09/21/00 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] The defendant has been found not guilty on count(s) one (1)

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 17, 2001

Date of Imposition of Judgment

Signature of Judicial Officer

Michael M. Mihm,
U.S. District Judge

Name and Title of Judicial Officer

Sept. 24, 2001

Date

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY:
S. Manuel
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 7/22/08

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:    Orlando Patrick
CASE NUMBER: 00-10065-02

Judgment — Page    2    of    6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    60 months

[X]    The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant serve his sentence in a minimum-security facility as close to his family in Chicago, Illinois, as possible. It is further recommended that he serve his sentence in a facility that will allow him to participate in the Comprehensive Drug Treatment Program and maximize his exposure to educational and vocational opportunities.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:

[ ]    at _____ [ ] a.m. [ ] p.m.    on _____ .

[ ]    as notified by the United States Marshal.

[X]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[X]    before 2:00    on October 8, 2001 _____ .

[ ]    as notified by the United States Marshal.

[ ]    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.

_____
                                                    UNITED STATES MARSHAL

By    _____
                                            DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: Orlando Patrick
CASE NUMBER: 00-10065-02

Judgment—Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  Five (5) years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from any      use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 8/01) Judgment in a Criminal Case
              Sheet 3A — Supervised Release

Judgment—Page 4 of 6

DEFENDANT:     Orlando Patrick
CASE NUMBER:  00-10065-02

## SPECIAL CONDITIONS OF SUPERVISION

1) You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment, including testing, to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer. 2) You shall not incur any new debts, or open any additional lines of credit in excess of $200, without prior approval of the probation officer. 3) You shall provide the probation officer access to any requested financial information including both your business and personal income tax returns. 4) You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

Judgment — Page 5 of 6

DEFENDANT:    Orlando Patrick
CASE NUMBER:    00-10065-02

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 2,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| TOTALS | $ _____ | $ _____ |
|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☒ the interest requirement is waived for the    ☒ fine and/or    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev. 8/01) Judgment in a Criminal Case
Sheet 4A — Criminal Monetary Penalties

Judgment — Page 6 of 6

DEFENDANT:   Orlando Patrick
CASE NUMBER:   00-10065-02

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [X]  Lump sum payment of $ 2,100.00 _____ due immediately, balance due

  [ ]    [ ] not later than _____ , or
         [ ] in accordance with [ ] C, [ ] D, or [ ] E below; or

B  [ ]  Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

07/22/2008 03:23 PM EST

# U.S. Courts
## Case Inquiry Report

| Case Number | DILC100CR010065 | Case Title | USA V ORLANDO PATRICK | | | | |
|---|---|---|---|---|---|---|---|

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 002 | ORLANDO PATRICK | FINE-CRIME VICTIMS FUND | 2,000.00 | 1,999.90 | 0.10 |
| | | | 2,000.00 | 1,999.90 | 0.10 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

Version 7.0.1   Page   1   of   3

07/22/2008 03:23 PM EST

## U.S. Courts
## Case Inquiry Report

Detailed Party Information:

| Party Number | Party Name |
|---|---|
| 002 | ORLANDO PATRICK |

| Debt Type | Fund | Principal | Interest | Penalty | Total |
|---|---|---|---|---|---|
| FINE-CRIME VICTIMS FUND | | | | | N/A |
| | Owed | 2,000.00 | 0.00 | 0.00 | 2,000.00 |
| | Collected | 1,999.90 | 0.00 | 0.00 | 1,999.90 |
| | Outstanding | 0.10 | 0.00 | 0.00 | 0.10 |
| | Paid | 0.00 | 0.00 | N/A | 0.00 |
| | Refunded | 0.00 | 0.00 | N/A | 0.00 |
| | Available | 1,999.90 | 0.00 | N/A | 1,999.90 |

| Totals | | Principal | Interest | Penalty | Total |
|---|---|---|---|---|---|
| | Owed | 2,000.00 | 0.00 | 0.00 | 2,000.00 |
| | Collected | 1,999.90 | 0.00 | 0.00 | 1,999.90 |
| | Outstanding | 0.10 | 0.00 | 0.00 | 0.10 |
| | Paid | 0.00 | 0.00 | N/A | 0.00 |
| | Refunded | 0.00 | 0.00 | N/A | 0.00 |
| | Available | 1,999.90 | 0.00 | N/A | 1,999.90 |

FINE-CRIME VICTIMS FUND Fund: 504100

07/22/2008 03:23 PM EST

## U.S. Courts
## Case Inquiry Report

Version 7.0.1  Page  3   of  3

Transaction Information:

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | Payee Line# | Depository Line# | | | | |
| CK 17 | 12/14/2007 | 03/31/2008 | | 1,999.90 | | 0 | 99 | 504100 |
| DLLC10OCR010065-002 | 1 | FINE-CRIME VICTIMS FUND | PR | | ORLANDO PATRICK | | | |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |